UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CIVIL RIGHTS COMPLAINT
42 U.S.C.§ 1983

DAMON TAYLOR
        PLANTIFF

**CV-21 3333**

COMPLAINT

-against-

Jury Trial Demanded

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 10 2021 ★

LONG ISLAND OFFICE

NASSAU COUNTY POLICE DEPARMENT
FIRST PRECINTH, DETECTIVE MICHEAL
THROO, OFFICER RONALD CURABA, STEPHEN
CHURCHILL

SEYBERT, J.

TOMLINSON, M.J.

I. Parties

Plantiff Damon Taylor, resides at 81 St Francis St, Roosevelt ny 11575

Defendant NASSAU COUNTY POLICE DEPARTMENT, resides at 900 Merrick Rd

Baldwin New York 11510

    Defendant Dectective Micheal Throo
    Defendant Ronald Curaba
    Defendant Stephen Churchill

II. The jurisdiction of the Court is invoked pursuant to 28 U.S.C.A §112 (C).

III. Statement of Claim.

    On June 2,2017 Police Officer churchill serial no. 9450 and Officer Curaba serial no. 9501. Unlawfully enterd the rear of the plantiff's property without consent. As a result of this unconsitutional act by officer's the palntiff was convicted of constructive possession and is serving seven years in a state prison. Officers on June 3,2017 also lied in a search warrant in which gave them access to the plantiff's home.

IV. Remedy. The plantiff is seekin One million dollars to compensate his losses and damages

May 26,2021

516 287-8142

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

DAMON TAYLOR DIN# 19A3844

        PLANTIFF,

-against-

NASSAU COUNTY POLICE DEPARTMENT
1st precinct, DECTECTIVE MICHEAL
THROO, OFFICER RONALD CURABA, STEPHEN
CHURCHILL

JURY DEMAND
YES  X   NO____

---

1. Previous Lawsuits:

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( )  No (X)

    B. If your answer to A is yes descibe each lawsuit in the space below (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit:

            Plantiffs: _____
            _____

            Defendants: _____
            _____

        2. Court _____

        3. Docket Number: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of Present Confinement: FRANKLIN CORRECTIONAL FACILITY

   A. Is there a prisioner grievance procedure in this insitution?
      YES(x) NO ( )

   B. Did you present the facts relating to your complaint in the
      prisoner grievance procedure? Yes ( )  No (x)

   C. If your answer is yes,

      1. What steps did you take? _____

      2. If your answer is No, explain why not The facility has
         nothing to do with my complaint

   E. If there is no prison grievance procedure in the insitution, did
      you complain to prison authorities?  YES ( ) NO (x)

   F. If your answer is YES,

      1. What steps did you take? _____

      2. What was result? _____

2

III. Parties:

A. Name of plantiff  DAMON M. TAYLOR

Address  81 St. Francis St.  Roosevelt NY 11575

B. List all defendants' names and the addresses at which each defendant may be served. Plantiff must provide the address for each defendant named.

Defendant No. 1  POLICE OFFICER RONALD CURABA
900 Merrick Rd.
Baldwin NY 11510

Defendant No. 2  POLICE OFFICER STEPHEN CHURCHILL
900 Merrick Rd
Baldwin NY 11510

Defendant No. 3  DECTECTIVE MICHEAL THROO
900 Merrick Rd
Baldwin NY 11510

Defendant No. 4  NASSAU COUNTY POLICE DEPARTMENT 1st Precinct
900 Merrick Rd.
Baldwin NY 11510

Defendant No. 5

IV.     Statement of Claim:

June 2, 2017 OFFICER's mentioned in this complaint entered the plantiff's yard without consent. To make matters worse they lloked into a private bedroom totally violating the plantiffs fourth amendment rights under the UNITED STATES CONSITUTION They also comitted perjury in warrant affidavit,Trespasing on private property, and burgurlary when they looked into the plantiffs home from a unlawful position.

IV.     Injuries:

No medical treatmen was needed, but mentally the plantiff has suffered do to being incarcerated for police misconduct that took place on June 2,2017. The plantiff has sufferd from anxiety,depression, and stress.

V.      Relief:

The plantiff would like to be compensated by the police department in the cash amount of ONE MILLION DOLLARS.

4

I declare under penalty of perjury that on_____, I delivered this complaint to prison authorites to be mailed to the UNITED STATES DISTRICT COURT for the EASTERN DISTRICT of NEW YORK.

Signed this_____day of_____,20__. I declare under penalty of perjury that the foregoing is true and correct.

_____
signature of plantiff

FRANKLIN CORRECTIONAL FACILITY

62 bare hill road P.O. Box 10

Malone,New York 12953

19A3844
Prisoner ID#

Damon Taylor 19A3844
**FRANKLIN CORRECTIONAL FACILITY**
P.O. BOX 10, 62 BARE HILL ROAD
MALONE, NEW YORK 12953

1.40

neopost
06/08/2021
US POSTAGE $001.40
ZIP 12953
041L11251101

FRANKLIN
CORRECTIONAL FACILITY

Clerk of United States District Court
EDNY
100 Federal Plaza
Central Islip, NY 11722

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 10 2021 ★
LONG ISLAND OFFICE

LEGAL MAIL